UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRIAN VALENTI, on his own behalf and on behalf of a class of those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-1304-WTL-TAB |
| INDIANA SECRETARY OF STATE, in her official capacity; THE INDIVIDUAL MEMBERS of the INDIANA ELECTION COMMISSION, in their official capacities; THE SUPERINTENDENT of the INDIANA STATE POLICE, in his official capacity; THE BLACKFORD COUNTY PROSECUTOR, in his official capacity, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Motion for Class Certification**

Brian Valenti, by counsel, says that:

1. This action challenges the constitutionality of Indiana Code § 35-42-4-14 (effective July 1, 2015) as applied to Mr. Valenti and others whose polling places are located on school property.

2. He brings this action on his own behalf and on behalf of a class of those similarly situated pursuant to Rule 23(a) and Rule 23(b)(2) of the Federal Rules of Civil Procedure.

3. Class claims are brought against the Indiana Secretary of State, the individual members of the Indiana Election Commission, and the Superintendent of the Indiana State Police (collectively, "State Defendants").

4. The class is defined as:

> All "serious sex offenders," as that term is defined by Indiana Code § 35-42-4-14(a), who are, or will be, eligible to vote, and currently, or will in the future, live in a voting precinct where the polling place is located on school property

5. As defined, the class meets all the requirements of Rule 23(a) of the Federal Rules of Civil Procedure. Specifically:

   a. The class is so numerous that joinder of all members is impracticable. A conservative estimate would put the number of class members in the hundreds. For example, a reasonable estimate finds that there would be 536 class members in Marion and Lake Counties alone. There are considerably more in Indiana's other 90 counties.

   b. There are questions of law or fact common to the class – namely whether Indiana Code § 35-42-4-14 violates the United States Constitution as applied to the plaintiff and the putative plaintiff class.

   c. The claims of the named plaintiff are typical of those in the class.

   d. Brian Valenti will fairly and adequately represent the interests of the class.

6. The further requirements of Rule 23(b)(2) of the Federal Rules of Civil Procedure are met here in that the State Defendants have at all times acted or refused to act on grounds that generally apply to the class, thereby making final injunctive relief and corresponding declaratory relief appropriate for the class as a whole.

7. Additionally, plaintiffs' counsel should be appointed as counsel for the class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

8. In support of this motion plaintiff submits the affidavit of Kandy Kendall, attached as Exhibit 1.

9. In further support of this motion plaintiff separately submits his memorandum of law.

WHEREFORE, plaintiff requests that this case be certified as a class action with the class defined above, and for all other proper relief.

*/s/ Jan P. Mensz*_____
Jan P. Mensz
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317.635.4059, x107
fax: 317.635.4105
<jmensz@aclu-in.org>

*/s/ Kenneth J. Falk*_____
Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN  46202
317.635.4059, x104
fax: 317.635-4105
<kfalk@aclu-in.org>

*Attorneys for the plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby verify that on this 2nd day of September 2015, a copy of the foregoing was filed electronically with the Clerk of this Court.  A copy was also mailed on this date to the following parties by U.S. postage, pre-paid.

  Indiana Secretary of State
  201 State House
  200 W. Washington St.
  Indianapolis, IN 46204

  The Individual Members of the Indiana Election Commission
  c/o Office of the Secretary of State
  201 State House
  200 W. Washington St.
  Indianapolis, IN 46204

  Superintendent
  Indiana State Police
  Indiana Government Center - North
  100 N. Senate Ave.
  Indianapolis, IN 46204

  Blackford County Prosecutor
  111 N. High St.
  Hartford City, IN 47348


            /s/ ***Jan P. Mensz***
            Jan P. Mensz
            Attorney at Law