UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN VALENTI, on his own behalf and on behalf of a class of those similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:15-cv-1304-WTL-TAB ) |
| INDIANA SECRETARY OF STATE, in her official capacity; THE INDIVIDUAL MEMBERS of the INDIANA ELECTION COMMISSION, in their official capacities; THE SUPERINTENDENT of the INDIANA STATE POLICE, in his official capacity; THE BLACKFORD COUNTY PROSECUTOR, in his official capacity, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Plaintiffs, having filed their Unopposed Motion to Withdraw Preliminary Injunction Request and to Vacate Hearing, and the Court having read the motion, and being duly advised, finds that good cause exists to grant the motion, and,

IT IS THEREFORE ORDERED that the motion for preliminary injunction is deemed WITHDRAWN and the previously scheduled hearing on October 23, 2015 is VACATED.

SO ORDERED: 10/20/2015

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

To: All ECF-registered counsel of record