UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN VALENTI, on his own behalf and on behalf of a class of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INDIANA SECRETARY OF STATE, in her official capacity; THE INDIVIDUAL MEMBERS of the INDIANA ELECTION COMMISSION, in their official capacities; THE SUPERINTENDENT of the INDIANA STATE POLICE, in his official capacity; THE BLACKFORD COUNTY PROSECUTOR, in his official capacity, <br><br> Defendants. | Case No. 1:15-cv-1304-WTL-TAB |

## **MOTION TO DISMISS**

The defendants, the Indiana Secretary of State, the members of the Indiana Election Commission, the Superintendent of the Indiana State Police, and the Blackford County Prosecutor, move this Court to dismiss Brian Valenti's lawsuit under Federal Rule of Civil Procedure 12(b)(1). In support of this motion, the defendants state:

1. Mr. Valenti's lawsuit should be dismissed because Mr. Valenti has not been harmed by Indiana Code § 35-42-4-14. Consequently, there is no case or controversy, Mr. Valenti lacks standing to sue, and this Court lacks subject matter jurisdiction over his claims.

2. A memorandum in support of this motion is being filed with this motion and is incorporated into this motion.

WHEREFORE, for the reasons set forth here and more fully in the accompanying memorandum, the defendants respectfully request this Court to dismiss Mr. Valenti's complaint.

                               Respectfully submitted,

                               GREGORY F. ZOELLER
                               Indiana Attorney General
                               Attorney No. 1958-98

Date: November 12, 2015     By: *s/ Jefferson S. Garn*
                                         Jefferson S. Garn
                                         Deputy Attorney General
                                         Attorney No. 29921-49

                                         OFFICE OF INDIANA ATTORNEY GENERAL
                                         Indiana Government Center South, 5th Floor
                                         302 West Washington Street
                                         Indianapolis, IN  46204-2770
                                         Telephone:  (317) 232-6292
                                         Fax:  (317) 232-7979
                                         Email:  jefferson.garn@atg.in.gov

## **CERTIFICATE OF SERVICE**

       I certify that on November 12, 2015, a copy of this ***Motion to Dismiss*** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    Kenneth J. Falk
    ACLU OF INDIANA
    kfalk@aclu-in.org

    Jan P. Mensz
    ACLU OF INDIANA
    jmensz@aclu-in.org

    Gavin M. Rose
    ACLU OF INDIANA
    grose@aclu-in.org

                                       *s/ Jefferson S. Garn*
                                       Jefferson S. Garn
                                       Deputy Attorney General
                                       *Counsel on behalf of Defendants*

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6292
Fax:  (317) 232-7979
Email:  jefferson.garn@atg.in.gov