UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN VALENTI, on his own behalf and on behalf of a class of those similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:15-cv-1304-WTL-TAB ) |
| INDIANA SECRETARY OF STATE, in her official capacity; THE INDIVIDUAL MEMBERS of the INDIANA ELECTION COMMISSION, in their official capacities; THE SUPERINTENDENT of the INDIANA STATE POLICE, in his official capacity; THE BLACKFORD COUNTY PROSECUTOR, in his official capacity, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

The defendants, the Indiana Secretary of State, the members of the Indiana Election Commission, the Superintendent of the Indiana State Police, and the Blackford County Prosecutor, move this Court to dismiss Brian Valenti's lawsuit under Federal Rule of Civil Procedure 12(b)(1). In support of this motion, the defendants state:

1. Mr. Valenti filed his *First Amended Class Action Complaint for Injunctive and Declaratory Relief* on November 25, 2015, after the defendants filed a motion to dismiss Mr. Valenti's original complaint.

2. Mr. Valenti's amended complaint should be dismissed for the same reason as his original complaint: Mr. Valenti has not been harmed by Indiana

Code § 35-42-4-14. Consequently, there is no case or controversy, Mr. Valenti lacks standing to sue, and this Court lacks subject matter jurisdiction over his claims.

3. A memorandum in support of this motion is being filed with this motion and is incorporated into this motion.

WHEREFORE, for the reasons set forth here and more fully in the accompanying memorandum, the defendants respectfully request this Court to dismiss Mr. Valenti's complaint.

                                  Respectfully submitted,

                                  GREGORY F. ZOELLER
                                  Indiana Attorney General
                                  Attorney No. 1958-98

Date: December 21, 2015    By: *s/ Jefferson S. Garn*
                                  Jefferson S. Garn
                                  Deputy Attorney General
                                  Attorney No. 29921-49

                                  OFFICE OF INDIANA ATTORNEY GENERAL
                                  Indiana Government Center South, 5th Floor
                                  302 West Washington Street
                                  Indianapolis, IN 46204-2770
                                  Telephone: (317) 232-6292
                                  Fax: (317) 232-7979
                                  Email: jefferson.garn@atg.in.gov

## CERTIFICATE OF SERVICE

      I certify that on December 21, 2015, a copy of this ***Motion to Dismiss First Amended Complaint*** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    Kenneth J. Falk
    ACLU OF INDIANA
    kfalk@aclu-in.org

    Jan P. Mensz
    ACLU OF INDIANA
    jmensz@aclu-in.org

    Gavin M. Rose
    ACLU OF INDIANA
    grose@aclu-in.org

                         *s/ Jefferson S. Garn*
                         Jefferson S. Garn
                         Deputy Attorney General
                         *Counsel on behalf of Defendants*

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6292
Fax:  (317) 232-7979
Email:  jefferson.garn@atg.in.gov