UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN VALENTI, on his own behalf and on behalf of a class of those similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:15-cv-01304-WTL-TAB<br>) |
| INDIANA SECRETARY OF STATE, *et al.*, | )<br>) |
| Defendants. | ) |

### **ORDER**

Defendants, by counsel, filed their unopposed motion for extension of time to reply to their motion to dismiss in the above-captioned matter.

And the Court, being duly advised, now FINDS that said motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that the Defendants will reply to their motion to dismiss **no later than January 25, 2016**.

Date: 1/22/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

*Service will be made electronically on all counsel of record via email generated by the court's ECF system.*