UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN VALENTI, on his own behalf and on behalf of a class of those similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>INDIANA SECRETARY OF STATE, in her official capacity; THE INDIVIDUAL MEMBERS of the INDIANA ELECTION COMMISSION, in their official capacities; THE SUPERINTENDENT of the INDIANA STATE POLICE, in his official capacity; THE BLACKFORD COUNTY PROSECUTOR, in his official capacity,<br><br>     Defendants. | Case No. 1:15-cv-1304-WTL-TAB |

## **NOTICE OF SERVICE OF INITIAL DISCLOSURES**

The defendants file this to provide notice to the Court that on March 24, 2016, they served on the plaintiff's counsel their initial disclosures, in accordance with Federal Rule of Civil Procedure 26(a)(1) and the Case Management plan.

          Respectfully submitted,

          GREGORY F. ZOELLER
          Indiana Attorney General
          Attorney No. 1958-98

Date: March 24, 2016   By: *s/ Jefferson Garn*
          Jefferson S. Garn
          Deputy Attorney General
          Attorney No. 29921-49

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6292
Fax: (317) 232-7979
Email: jefferson.garn@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that on March 24, 2016, a copy of this Notice of Service of Initial Disclosures was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Jan P. Mensz
ACLU OF INDIANA
jmensz@aclu-in.org

Gavin M. Rose
ACLU OF INDIANA
grose@aclu-in.org

         *s/ Jefferson S. Garn*
Jefferson S. Garn
Deputy Attorney General
*Counsel on behalf of Defendants*

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 232-6292
Fax: (317) 232-7979
Email: jefferson.garn@atg.in.gov