UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN VALENTI on his own behalf and on behalf of a class of those similarly situated, ) ) ) | |
| Plaintiff, ) ) | No. 1:15-cv-01304-WTL-MPB |
| vs. ) ) | |
| INDIANA SECRETARY OF STATE in her official capacity, THE INDIVIDUAL MEMBERS OF THE INDIANA ELECTION COMMISSION in their official capacities, THE SUPERINTENDENT OF THE INDIANA STATE POLICE in his official capacity, THE BLACKFORD COUNTY PROSECUTOR in his official capacity, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**ORDER**

Plaintiff, having filed his Unopposed Motion to Withdraw Class Certification Request, and the Court having read the Motion, and being duly advised, finds that good cause exists to GRANT the motion, and,

IT IS THEREFORE ORDERED that the Motion for Class Certification (ECF No. 9) is deemed WITHDRAWN.

Date: April 25, 2016

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

To: All ECF-registered counsel of record