UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRIAN VALENTI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-1304-WTL-MPB |
| | ) | |
| INDIANA SECRETARY OF STATE, in her official capacity; *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Factual Development**

The plaintiff, by his counsel, wishes to inform the Court of a factual development that is relevant to the plaintiff's Motion for Summary Judgment argument. The plaintiff states as follows:

1. At the time the plaintiff submitted his briefs in support of his Motion for Summary Judgment, the plaintiff alleged that he did not have a reliable transportation to Montpellier, Indiana. (ECF Nos. 67, 75)

2. The plaintiff has recently obtained a reliable vehicle.

3. The plaintiff's counsel has communicated this information by phone to defendants' counsel.

s/ Jan P. Mensz
Jan P. Mensz
Kenneth J. Falk
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
jmensz@aclu-in.org
kfalk @aclu-in.org

grose@aclu-in.org

## **CERTIFICATE OF SERVICE**

      I hereby verify that on May 4, 2017, a copy of the foregoing was filed electronically with the Clerk of this Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and the parties may access this filing through the Court's system:

    Christopher Farrington
    Deputy Attorney General
    Christopher.farrington@atg.in.gov

    Betsy Isenberg
    Deputy Attorney General
    Betsy.Isenberg@atg.in.gov

                                                /s/ Jan P. Mensz
                                                Jan P. Mensz
                                                Attorney at Law