UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN VALENTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:15-cv-1304-WTL-MPB |
| ) | |
| INDIANA SECRETARY OF STATE in her ) | |
| official capacity, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

The Court having granted the Defendants' motion for summary judgment and denied the Plaintiff's motion for summary judgment, judgment is hereby **ENTERED** in favor of the Defendants and against the Plaintiff on all of the Plaintiff's claims against the Defendants.

SO ORDERED: 9/28/17

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification