UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRIAN VALENTI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-1304-WTL-MPB |
| | ) | |
| INDIANA SECRETARY OF STATE, in her official capacity; *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## Notice of Appeal to the Seventh Circuit

Notice is hereby given that Brian Valenti, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment (ECF No. 78) entered by the District Court on September 28, 2017.

s/ *Jan P. Mensz*
Jan P. Mensz
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
jmensz@aclu-in.org

1

## **CERTIFICATE OF SERVICE**

  I hereby verify that on this 24th day of October, 2017, a copy of the foregoing was filed electronically with the Clerk of this Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and the parties may access this filing through the Court's system:

  Betsy Isenberg
  Deputy Attorney General
  Betsy.Isenberg@atg.in.gov

  Christopher Farrington
  Deputy Attorney General
  Christopher.farrington@atg.in.gov

            /s/ *Jan P. Mensz*
            Jan P. Mensz
            Attorney at Law