UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN VALENTI, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:15-cv-1304-WTL-MPB |
| | ) |
| INDIANA SECRETARY OF STATE, in her official capacity; *et al.*, | ) ) ) |
| | ) |
| Defendants. | ) |

**Docketing Statement**

Plaintiff, by his counsel, files his Docketing Statement pursuant to Circuit Rule 3(c)(1).

1. The district court had original jurisdiction of this case pursuant to 28 U.S.C. §§ 1331 and 1343. The district court's federal question jurisdiction was based on an alleged violation of the First and Fourteenth Amendments to the United States Constitution.

2. No party is a corporation, unincorporated association, or partnership.

3. The Court of Appeals has jurisdiction of this appeal pursuant to 28 U.S.C. § 1291 inasmuch as this is an appeal from the final judgment of the district court entered on September 28, 2017.

4. No motion for a new trial or for alteration of the judgment or any other motion that tolls the time within which to appeal has been filed in this matter.

5. The Notice of Appeal was filed on this date, October 24, 2017.

6. There are no prior or related appellate proceedings.

7. All of the defendants appear in their official capacity: Connie Lawson, Indiana Secretary of State; Bryce H. Bennett, Jr., Member of the Indiana Election Commission; S. Anthony Long, Member of the Indiana Election Commission; Suzannah Wilson Overholt, Member

of the Indiana Election Commission; Zachary E. Klutz, Member of the Indiana Election Commission. Douglas G. Carter, Superintendent of the Indiana State Police; and Kevin Basey, Blackford County Prosecutor.

WHEREFORE, plaintiffs file their Docketing Statement.

s/ *Jan P. Mensz*
Jan P. Mensz
No. 33798-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
jmensz@aclu-in.org

**CERTIFICATE OF SERVICE**

I hereby verify that on this 24th day of October, 2016, a copy of the foregoing was filed electronically with the Clerk of this Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and the parties may access this filing through the Court's system:

Betsy Isenberg
Deputy Attorney General
Betsy.Isenberg@atg.in.gov

Christopher Farrington
Deputy Attorney General
Christopher.farrington@atg.in.gov

/s/ *Jan P. Mensz*
Jan P. Mensz
Attorney at Law