# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 30, 2017

To:     Laura A. Briggs
        UNITED STATES DISTRICT COURT
        Southern District of Indiana
        United States Courthouse
        Indianapolis, IN 46204-0000

| No. 17-3193 | BRIAN VALENTI,<br>Plaintiff - Appellant<br><br>v.<br><br>CONNIE LAWSON, Indiana Secretary of State, in her official capacity, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-01304-WTL-MPB<br>Southern District of Indiana, Indianapolis Division<br>District Judge William T. Lawrence ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:           F.R.A.P. 42(b)

STATUS OF THE RECORD:        no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                                **Received by:**

_____10/30/2017_____

_____*Maggie Trigg*_____
Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 30, 2017

*Before*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| No. 17-3193 | BRIAN VALENTI,<br>Plaintiff - Appellant<br><br>v.<br><br>CONNIE LAWSON, Indiana Secretary of State, in her official capacity, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-01304-WTL-MPB<br>Southern District of Indiana, Indianapolis Division<br>District Judge William T. Lawrence | |

Upon consideration of the **MOTION TO DISMISS**, filed on October 27, 2017, by counsel for the appellant,

The appellant filed both a notice of appeal and a corrected notice of appeal on the same day, and two appeals were opened. Because only one appeal is necessary, the appellant asks the court to dismiss the first appeal and to transfer the filing fees to the corrected appeal. Accordingly,

**IT IS ORDERED** that appeal no. 17-3193 is voluntarily **DISMISSED**. See Fed. R. App. P. 42(b). The clerk of this court shall transfer the appellate filing fees from appeal no. 17-3193 to appeal no. 17-3207.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)